**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2039**

───────────

MICHAEL D. WILKINS; EDWARD F. HODGES,

Plaintiffs - Appellants,

versus

NORMAN HUDSON, Chief of Police, South Hill
Police Department,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-02-398)

───────────

Submitted: November 21, 2002      Decided: November 27, 2002

───────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael D. Wilkins, Edward F. Hodges, Appellants Pro Se. Barrett
Erskine Pope, Amy Jacqueline Inge, DURRETTE BRADSHAW, P.L.C.,
Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins and Edward F. Hodges appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilkins v. Hudson, No. CA-02-398 (E.D. Va. Aug. 6, 2002). In light of this disposition, we deny Hudson's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED